# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 19, 2022

Lyle W. Cayce
Clerk

No. 21-40544

United States of America,

*Plaintiff—Appellee*,

*versus*

Antonio De Jesus Valdez-Rojas,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 5:21-CR-78-1

Before Southwick, Oldham, and Wilson, *Circuit Judges*.
Per Curiam:[*]

The Federal Public Defender appointed to represent Antonio De Jesus Valdez-Rojas on appeal has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Valdez-Rojas has not filed a response.

---

[*] Pursuant to 5th Circuit Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Circuit Rule 47.5.4.

No. 21-40544

We have reviewed counsel's brief and the relevant portions of the record reflected in it. We concur with counsel's assessment that the appeal does not present a nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities in this case, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.